B18 (Official Form 18)
Rev.(03/09)

## United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Charlotte Welch
aka Charlotte M Welch

**BANKRUPTCY NO.** 6:09−bk−19739−RN

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**   xxx−xx−2062
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Discharge Date:**  11/2/09

**Address:**
3533 Brook Street
Perris, CA 92571

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: November 2, 2009

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form Rev. 03/09) VAN−30                                                                                                                                    11 − 2 / JEF

B18 (Official Form 18) Cont.
Rev.(03/09)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-6           User: ajefferso            Page 1 of 1              Date Rcvd: Nov 02, 2009
Case: 09-19739                 Form ID: b18               Total Noticed: 25

The following entities were noticed by first class mail on Nov 04, 2009.
 db           +Charlotte Welch,    3533 Brook Street,    Perris, CA 92571-7569
 tr           +Karl T Anderson,    700 E Tahquitz Canyon Way Ste H,    Palm Springs, CA 92262-6765
 smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
 ust          +United States Trustee (RS),    3685 Main Street, Suite 300,    Riverside, CA 92501-2804
 23745856      APPLIED BANK,    PO BOX 17125,    WILMINGTON DE 19850-7125
 23745855      ASPIRE,    PO BOX 105555,    ATLANTA GA 30348-5555
 23745849     +CARD SERVICES,    PO BOX 9201,    OLD BETHPAGE NY 11804-9001
 23745845     +CHARLOTTE WELCH,    3533 BROOK STREET,    PERRS CA 92571-7569
 23745850      CHEVRON TECHRON,    PO BOX 981430,    EL PASO TX 79998-1430
 23745864      EXXON MOBIL,    PO BOX 688940,    DES MOINES IA 50368-8940
 23745862      HOME DEPOT,    PO BOX 689100,    DES MOINES IA 50368-9100
 23745859      JUNIPER,    PO BOX 133370,    PHILADELPHIA PA 19101-3337
 23745860      PHILLIPS 66 CONOCO 76,    PO BOX 689140,    DES MOINES IA 50368-9140
 23745847      SALUTE CARD SERVICES,    PO BOX 105555,    ATLANTA GA 30348-5555
 23745852      SEARS,    PO BOX 6283,    SIOUX FALLS SD 57117-6283
 23745853      SEARS CHARGE PLUS,    PO BOX 6283,    SIOUX FALLS SD 57117-6283
 23745851      SEARS GOLD MASTER CARD,    PO BOX 6282,    SIOUX FALLS SD 57117-6282
 23745846     +USA TRUSTEE BANKRUPTCY COURT,    CENTRAL DISTRICT,    3420 TWELVE STREET,    RIVERSIDE CA 92501-3842

The following entities were noticed by electronic transmission on Nov 03, 2009.
 tr           +EDI: QKTANDERSON.COM Nov 02 2009 21:43:00      Karl T Anderson,    700 E Tahquitz Canyon Way Ste H,
                Palm Springs, CA 92262-6765
 smg           EDI: CALTAX.COM Nov 02 2009 21:43:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
                Sacramento, CA 95812-2952
 23745861      EDI: CAPITALONE.COM Nov 02 2009 21:38:00      CAPITAL ONE,    PO BOX 30285,
                SALT LAKE CITY UT 84130-0285
 23745854      EDI: HFC.COM Nov 02 2009 21:38:00      DIRECT MERCHANT BANK HSBC,    PO BOX 5250,
                CAROL STREAM IL 60197-5250
 23745863      EDI: CRFRSTNA.COM Nov 02 2009 21:38:00      FIRESTONE CFNA,    PO BOX 81315,
                CLEVELAND IA 44181-0315
 23745858     +EDI: RMSC.COM Nov 02 2009 21:38:00      JC PENNEY,    BANKRUPTCY DEPARTMENT,    PO BOX 103104,
                ROSWELL GA 30076-9104
 23745857      EDI: HFC.COM Nov 02 2009 21:38:00      ORCHARD BANK,    PO BOX 80084,    SALIVA CA 93912-0084
 23745848     +EDI: HFC.COM Nov 02 2009 21:38:00      REWARD ZONE PROGRAM,    BEST BUY,    PO BOX 80045,
                SAUNAS CA 93912
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2009**                    **Signature:**    *Joseph Speetjens*